AO 91 (Rev. 11/11)  Criminal Complaint

FILED '26 07 31 AM11:34 HDGA-ALB

# UNITED STATES DISTRICT COURT
### for the
Middle District of Georgia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>COLTON SORENSEN<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>1:26-MJ-36 (ALS) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 26, 2026 _____ in the county of _____ Miller _____ in the
_____ Middle _____ District of _____ Georgia _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 844(e) | Explosive Materials - Willfully Making a Threat |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Haley Justice

☑ Continued on the attached sheet.

*Haley M. Justice*
*Complainant's signature*

Haley Justice, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: *July 31, 2026*

City and state: _____ Albany, Georgia _____

*Alfreda L. Sheppard*
*Judge's signature*

Alfreda L. Sheppard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF ARREST

Your Affiant, Haley M. Justice, at all times hereafter referred to as "Affiant," has been employed as a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, since 2019. Your Affiant is currently assigned to the FBI Atlanta Field Office, Albany Resident Agency. Being duly sworn, your Affiant deposes and states under oath that:

1.    Your Affiant is an "investigative or law enforcement officer" as defined in Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigation of and make arrests for offenses enumerated in Section 844 of Title 18, United States Code.

## PURPOSE OF AFFIDAVIT

2.    This Affidavit is being submitted in support of an arrest warrant for COLTON SORENSEN. The facts included in this affidavit do not include every fact known to me about this investigation from both my personal participation in this investigation and from information provided by other law enforcement officers. It includes only the facts to support the probable cause arrest of COLTON SORENSEN for violation of Title 18, United States Code, Section 844(e).

3.    As set forth herein, there is probable cause that, while in the Middle District of Georgia:

(a)    COLTON SORENSON violated Title 18, United States Code, Section 844(e), Explosive Materials – Willfully Making a Threat.

## FACTS ESTABLISHING PROBABLE CAUSE

4.    On July 29, 2026, FBI Atlanta received a report of a threat to bomb a Sheriff's Office by Discord user "anonymous10131013". The Discord chat occurred on July 26, 2026. The following are comments made in the Discord chat by "anonymous10131013":

- "Im talking like eric Rudolph type shit"

- "the gundpowder and explosive stuff is in the insides to the leftish but the wiring is separated on the insides its basically a controller bomb but I made it to be lightable by flame too incase they catch me before the act I can blow me and them up with it."

- "the pic not the bomb Im actually gonna use them to bomb my local sheriff office"

- "hold on im looking up something im trying to wire the pipe bomb rn it's a pain in the ass"

5.    Discord, Inc provided the display name as "WhoAmI?" and the phone number on the account as 229-202-0082. Open source searches attributed the phone number to a CashApp user COLTON SORENSEN. AT&T provided a historic ping location with coordinates that resolved to address 1000 GA Highway 45 N, Colquitt, GA 39837 (accuracy within 5000 meters). A COLTON SORENSEN was located with an association to 1153 Phillipsburg Rd, Colquitt, Miller County, GA 39837, which appeared to be within 5000 meters of the AT&T historic ping location.

2

6.    On July 30, 2026, Agents conducted a knock and talk at 1153 Phillipsburg Rd, Colquitt, GA. During an interview at the residence, SORENSEN stated he uses Discord and one of his account display names was "WhoAmI?". His Discord display name has changed multiple times because he keeps getting banned for suspicious activity. He believes his username is "anonymous1013" or something similar. SORENSEN recalled making threats on Discord regarding bombings. He stated he fantasizes about blowing up buildings. He "wanted to see a building come down," but did not want anyone to be injured in the process.

7.    SORENSEN further admitted that he currently possessed two improvised explosive devices inside the residence. SORENSEN described one device as being approximately six inches in length and the second as being approximately twelve inches in length. SORENSEN stated that he manufactured the devices using gunpowder from shotgun shells, BBs from shotgun shells, and gasoline. SORENSEN indicated to law enforcement that the devices were in his bedroom, and described the location where he had stored them.

8.    Miller County Sheriff's Office obtained a search warrant for the residence, where two improvised explosive devices were recovered in the room belonging to SORENSEN. The devices were located in the cabinet/shelving unit where SORENSEN told law enforcement he had stored them. Shortly thereafter, law enforcement rendered safe the two improvised explosive devices.

## CONCLUSION

9.      Based on the foregoing, your Affiant believes there is probable cause to show, while in the Middle District of Georgia:

(a)      COLTON SORENSEN violated Title 18, United States Code, Section 844(e), Explosive Materials – Willfully Making a Threat.

*Haley M. Justice*
Special Agent Haley M. Justice
Federal Bureau of Investigation

Subscribed to and sworn before me, this 31st day of July, 2026, in Albany, Georgia.

*Alfreda L. Sheppard*
ALFREDA L. SHEPPARD
United States Magistrate Judge
Middle District of Georgia

4